UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN ROE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1474 JCH |
| ) | |
| SAINT LOUIS UNIVERSITY, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

Pursuant to a telephone conference held **Monday, July 20, 2009**,

**IT IS HEREBY ORDERED** that Defendant Saint Louis University's Motion to Compel (Doc. No. 49) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall provide Defendant Saint Louis University with copies of all documents, computer CDs, e-mails, etc., Plaintiff has received from Facebook, Inc. and MySpace, Inc., within three (3) days of the date of this Order.

**IT IS FURTHER ORDERED** that Defendant Saint Louis University's Motion to Enforce the Subpoenas and Parties' Discovery Agreement relating to Subpoenas for MySpace, Inc. and Facebook, Inc. Records (Doc. No. 49) is **DENIED** without prejudice.

Dated this 20th ay of July, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE