UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOAN ROE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV1474 JCH |
| | ) | |
| SAINT LOUIS UNIVERSITY, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Clarification as to the Application of this Court's Local Rule, and to Compel Plaintiff to Participate in Discussions regarding this Litigation, including Discussions involving this Court's Order Referring Case to Alternative Dispute Resolution (Doc. No. 71) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant's Motion to Strike Letter Filed by John Roe Dated September 3, 2009 and Attachment Thereto (Doc. No. 75) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Saint Louis University's Motion for Sanctions (Doc. No. 78) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant Sigma Tau Gamma Fraternity, Inc. and Defendant Sigma Tau Gamma Epsilon Xi Chapter's Motion for Sanctions (Doc. No. 81) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **Friday, October 9, 2009**, within which to review any documents recovered from the hard drives of Plaintiff's laptops for responsiveness and privilege, and to supplement Plaintiff's discovery responses as necessary. If any documents are withheld on the basis of privilege, Plaintiff shall produce a privilege log that complies with this Court's local rules no later than **Friday, October 9, 2009**. Failure to comply with this directive may result in the imposition of sanctions, up to and including the dismissal of Plaintiff's Complaint.

Dated this 25th day of September, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE