UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN ROE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:08CV1474 JCH |
| | ) |
| SAINT LOUIS UNIVERSITY, et al., | ) |
| | ) |
| Defendant(s). | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff Joan Roe's Unopposed Motion for Extension of Time in which to Produce (Doc. No. 90) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant Saint Louis University's Renewed Motion for Sanctions (Doc. No. 94) is **DENIED** without prejudice.

Dated this 10th day of November, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE