UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN ROE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:08CV1474  HEA |
| SAINT LOUIS UNIVERSITY, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a telephonic status conference is set in this matter for Thursday, October 27, 2011, at 11:30 a.m.

Dated this 20th day of October, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE