UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN ROE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:08CV1474 HEA |
| | ) |
| SAINT LOUIS UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the telephonic status conference previously set in this matter for Thursday, October 26, 2011, is reset to Thursday, November 10, 2011, at 12:00 p.m.

Dated this 26th day of October, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE