UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *JOAN ROE,* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 4:08-cv-01474 HEA |
| *ST. LOUIS UNIVERSITY, SIGMA TAU* | ) |
| *GAMMA FRATERNITY, INC., SIGMA* | ) |
| *TAU GAMMA EPSILON XI CHAPTER,* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## DEFENDANT SIGMA TAU GAMMA FRATERNITY, INC. AND DEFENDANT SIGMA TAU GAMMA EPSILON XI CHAPTER'S MOTION FOR STATUS HEARING

COME NOW Defendants Sigma Tau Gamma Fraternity, Inc. and Sigma Tau Gamma Epsilon Xi Chapter (hereinafter "the Fraternity Defendants"), by and through their undersigned counsel of record, and for their Motion for Status Hearing, state as follows:

1. Presently, several dispositive motions filed by the parties are pending before this Honorable Court.

2. On August 3, 2012, Defendant Saint Louis University filed a pleading requesting various items, including a status hearing. *See* Document No. 291.

3. The Fraternity Defendants hereby join Defendant Saint Louis University's pleading, specifically with respect to the request for status hearing.

4. Given the various pending motions, the Court's Scheduling Order (*See* Document 210), and the January 7, 2013, trial date which is approaching, the Fraternity Defendants believe it is in the best interest of all parties to conduct a status conference with this Honorable Court via conference call.

3761617\1                                                           1

WHEREFORE, the Fraternity Defendants hereby respectfully request this Honorable Court grant their Motion for Status Conference, setting such conference at a time convenient to this Honorable Court, and for such other and further relief this Court deems just and proper under the circumstances.

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/David Z. Hoffman
Mary Anne Mellow, #33351MO
David Z. Hoffman, #55237MO
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
E-mail: mmellow@sandbergphoenix.com
dhoffman@sandbergphoenix.com

*Attorneys for Defendants*
*Sigma Tau Gamma Fraternity, Inc. and*
*Sigma Tau Gamma Epsilon Xi Chapter*

## Certificate of Service

I hereby certify that on this 13th day of September, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

dfraserlaw@gmail.com
David John Fraser
Law Offices of David J. Fraser
99 Frontier
Trabuco Canyon, CA  92679
*Attorneys for Plaintiff*

nperryman@lewisrice.com
smullen-dominguez@lewisrice.com
Mr. Neal F. Perryman
Ms. Sarah Mullen-Dominguez
Lewis Rice
600 Washington Avenue, Suite 2500
St. Louis, MO  63101

dchampion@rssclaw.com
vessen@rssclaw.com
Debbie S. Champion
Victor H. Essen, II
Rynearson, Suess, Schnurbusch & Champion
One S. Memorial Drive, Suite 1800
St. Louis, MO  63102
*Attorneys for Defendant St. Louis University*

/s/David Z. Hoffman